427 A.2d 1154

**SALIX STATE BANK, Appellant,**

v.

**DEPARTMENT OF BANKING of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1980.

Filed April 15, 1981.

Edward F. Peduzzi, Myers, Peduzzi, Stratton & Mardula, Ebensburg, for appellant.

John E. Nanorta, Harrisburg, for Dept. of Banking.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Commonwealth Court, 50 Pa.Cmwlth. 403, 413 A.2d 23, is affirmed.